**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.  12-cv-01760-WJM

LISA A. REYES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.[1]

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Reversing Administrative Law Judge's Decision and Remanding Case to the Commissioner, entered by the Honorable William J. Martínez, United States District Judge, on June 27, 2013,

IT IS ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner for rehearing.

DATED at Denver, Colorado this  27th  day of June, 2013.

                                  JEFFREY P. COLWELL, CLERK

                                  By: s/ Edward P. Butler
                                  Edward P. Butler, Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin, who as of Feb. 14, 2013 has been named as the Acting Commissioner, is automatically substituted for Michael J. Astrue as the defendant in this suit.